Nationwide Marketing Services  2:14-cv-10104-SJM-RSW   Doc # 4-3   Filed 04/29/14   Pg 1 of 2    Pg ID 52          Page 1 of 2

Run Free Counts    Subscriber

| Home | Products & Services | Modeling & Analytics | Pricing | Special Offers | About Us | Contact Us |

Contact Us

**Corporate Headquarters**

3620 N. 3rd Avenue
Phoenix, AZ 85013
Office: (866) 923-3403
Fax: (602) 445-3401

**Email Contacts**

Data Lists
Troy@natimark.com

Installs and Modeled Data
Rodney@natimark.com
Direct: (877) 872 5698

Help Desk
Help@natimark.com

## Feedback? Questions?

*indicates a required field*

Company: ☐
*First Name: ☐
*Last Name: ☐
Address: ☐
City: ☐
State: [Please Select ▼]
*Zip: ☐
*Email: ☐
Phone: ☐

Questions / Comments:
☐

If you have a subscriber list of 1000 and add another 1000, how many subscribers do you have total? _____

Submit Form

### Need a Lift?

Does Your data Need a lift?

Does Your bottom line Need a lift?

### Why Choose Us?

Natimark can give you a "lift" in your return on investment by delivering better results through better data at lesser costs. Whether you are in Retail, Financial, Healthcare, Travel, or Entertainment industries the more you know about your customers the better you can target your future ones. Let Natimark, with our experience and leading edge technology, provide you with the best tools and most accurate data in the industry. Creating the competitive advantage in your industry.


Natimark

**Sitemap**
Home
Products & Services
Modeling & Analytics
Pricing
Special Offers
About Us
Contact
Login

Terms and Conditions