# Nationwide marketing services

#1 in Los Angeles and Orange County
#3 Nationwide in Advertising and Marketing
#23 Fastest Growing Private Company

Home | About Us | Order Data Now | Lead Types | Blogs | Testimonials | Links | Contact Us

**Targeted Leads & Data Records Sales** for Business, Consumers and Anyone Wanting to Blow Up Sales & Crush the Competition!

Home ▸ Contact Us

## Contact Us

**Corporate Headquarters 3620 N. 3rd Avenue Phoenix, AZ 85013**

**Phone:**

888-380-2647

**Fax:**

(888) 258-8996

Let The Leads Warehouse take the guesswork out of it for you. Our Data Filters are custom tailored specifically for you. And you can **GET STARTED NOW** for only $100!

## CALL US NOW!
## 888-380-2647

### Get Your List Count Now!

First Name:
Last Name:
Company:
Email:
Phone:
List Type: Ex: Business List / Mortgage List / Homeowner List

**GET STARTED**

BBB ACCREDITED BUSINESS | McAfee SECURE | VeriSign Secured

## Targeted Lead Types & Filters

**Precise Mortgage Leads**

TLW provides the highest quality data for the mortgage industry. Our methods include targeting the specific customer model for the homeowner type you want. We can obtain our data giving you the ability to request total household earnings, loan total amount & types of mortgage details.

▸ Mortgage Leads

**Accurate Debt Leads**

Millions of US citizens are plagued with too much debt. Our custom-created debt profile makes marketing for debt relief, debt consolidation, or debt negotiation products effortless. Due to the fact that these are derived from credit bureaus, they are extremely up to date and filtered to your specific needs.

▸ Debt Leads

**Updated B2B Leads**

The vast majority of Internet lists just aren't accurate and highly outdated. We pull YOUR CRITERIA the moment your order is processed. Our data comes guaranteed with 95.5% accuracy. Whether national, regional, or local

**SIC Sorts for a Penny**

Our experts will create the perfect direct mailing or telemarketing list. Just let us know who your primary customer is and we will do all the SIC sorting. Maybe you sell wrenches to auto shops and want to expand to the 127 different