**Julie Petrik**

---

| | |
|---|---|
| **From:** | Sheldon S. Toll  <lawtoll@comcast.net> |
| **Sent:** | Friday, November 01, 2013 5:43 AM |
| **To:** | Julie Petrik; Ian Lyngklip |
| **Cc:** | 'Charles DeGryse'; jpagano@vivianolaw.com |
| **Subject:** | Firneno v Rander Law |
| **Attachments:** | Nationwide Marketing Services, contact info.pdf |

In accordance with the order dated October 25, 2013, we hereby produce to Plaintiffs'
counsel the name and contact information for the company that provided the Plaintiffs'
names to Defendants.  Please see attached PDF image.  Thank you.

**Law Office of Sheldon S. Toll PLLC**
Please note change of building and suite
***3000 Town Center, Suite 1700***
Southfield, MI 48075
lawtoll@comcast.net
Tel  248-351-5480
Fax  248-204-0672
Cell 248-797-9111
Website: home.comcast.net/~lawtoll/

Run Free Counts    Subscriber

| Home | Products & Services | Modeling & Analytics | Pricing | Special Offers | About Us | Contact Us |

Contact Us

## Feedback? Questions?

**Corporate
Headquarters**

**3620 N. 3rd Avenue
Phoenix, AZ 85013
Office: (866) 923-3403
Fax: (602) 445-3401**

**Email Contacts**

**Data Lists**
Troy@natimark.com

**Installs and Modeled Data**
Rodney@natimark.com
Direct: (877) 872 5698

**Help Desk**
Help@natimark.com

*\* indicates a required field*

Company:

\*First Name:

\*Last Name:

Address:

City:

State:    Please Select

\*Zip:

\*Email:

Phone:

Questions / Comments:

*If you have a subscriber list of 1000 and add
another 1000, how many subscribers do
you have total?*

Submit Form

## Need a Lift?



Does Your data
Need a lift?

Does Your bottom
line Need a lift?

## Why Choose Us?

Natimark can give you a "lift" in your return on investment by delivering better results through better
data at lesser costs. Whether you are in Retail, Financial, Healthcare, Travel, or Entertainment industries
the more you know about your customers the better you can target your future ones. Let Natimark,
with our experience and leading edge technology, provide you with the best tools and most accurate
data in the industry. Creating the competitive advantage in your industry.

Natimark

**Sitemap**

Home
Products & Services
Modeling & Analytics
Pricing
Special Offers
About Us
Contact
Login
Privacy Policy
Terms and Conditions