01/05/2014

Arizona Corporation Commission
State of Arizona Public Access System

11:00 AM

## Jump To...

Annual Reports | Scanned Documents | Notices of Pending Revocation | Microfilm

E-FILE An Annual Report Online  << Click Here

FORMS For Annual Reports To Be Printed And Mailed

NEW  Subscribe to Annual Report Email Reminder  NEW

| Corporate Inquiry | |
|---|---|
| File Number: F-1733246-8 | Check Corporate Status |
| Corp. Name: NATIONWIDE MARKETING SERVICES, INC. | |

### Domestic Address

| 3620 N 3RD AVE 2ND FL |
|---|
| PHOENIX, AZ 85013 |

### Foreign Address

| 12092 JEWEL FISH LN |
|---|
| ORLANDO, FL 32827 |

### Statutory Agent Information

| Agent Name: KARIE HAYWOOD |
|---|
| |
| Agent Mailing/Physical Address: |
| 3620 N 3RD AVE 2ND FL |
| PHOENIX, AZ 85013 |
| |
| Agent Status: APPOINTED 01/18/2012 |
| Agent Last Updated: 04/12/2012 |

### Additional Corporate Information

| Corporation Type: BUSINESS | Business Type: LEAD AND LIST SERVICES |
|---|---|
| Incorporation Date: 01/18/2012 | Corporate Life Period: PERPETUAL |
| Domicile: FLORIDA | County: MARICOPA |
| Approval Date: 01/31/2012 | Original Publish Date: 03/14/2012 |

## Officer Information

```
LEON SAJA
PRESIDENT
3620 N 3RD AVE 2ND FL
PHOENIX, AZ  85013
Date of Taking Office: 01/18/2012
Last Updated: 04/29/2013
```

## Director Information

```
LEON SAJA
DIRECTOR
3620 N 3RD AVE 2ND FL
PHOENIX, AZ  85013
Date of Taking Office: 01/18/2012
Last Updated: 04/29/2013
```

## Annual Reports

| Next Annual Report Due: 01/18/2014 | E-FILE An Annual Report Online << Click Here |
|---|---|
| FORMS For Annual Reports To Be Printed And Mailed | NEW  Subscribe to Annual Report Email Reminder  NEW |

| File Year | File Month | Date Received | Reason Returned | Date Returned | Extension |
|---|---|---|---|---|---|
| 2013 | 01 | 04/26/2013 | | | |

Back To Top

## Scanned Documents

(Click on gray button - if present - to view document - will open in a new window.)
(If gray button is not present, please check back later.)

| Document Number | Description | Date Received |
|---|---|---|
| 03753888 | APPLICATION FOR AUTHORITY | 01/27/2012 |
| 03844478 | PUB OF APPL FOR AUTHORITY | 03/14/2012 |
| 04272986 | 13 ANNUAL REPORT | 04/26/2013 |

Back To Top

## Notices of Pending Revocation

(Click on gray button - if present - to view notice - will open in a new window)

2:14-cv-10104-SJM-RSW   Doc # 4-8   Filed 04/29/14   Pg 3 of 6   Pg ID 73

| Date | Reason |
|---|---|
| 04/23/2013 | DELINQUENT ANNUAL REPORT |
| 10/15/2012 | DELINQUENT UNDELIVERABLE ADDRESS |

Back To Top

## Microfilm

| Location | Date Received | Description |
|---|---|---|
| 11940020013 | 07/09/2012 | MAIL RETURNED/MISCELLANEOUS DOCUMENTS |

Back To Top

## Comments

| POTENTIAL NAME CONFLICT: D17331727,F17332468 |
|---|

- **Corporate Name Search Instructions**
- **General Web Site Usage Instructions**
- **STARPAS Main Menu**
- **A.C.C. Corporations Division Main Page**
- **Arizona Corporation Commission Home Page**




E-FILED

# STATE OF ARIZONA
# CORPORATION COMMISSION
## CORPORATION ANNUAL REPORT
## & CERTIFICATE OF DISCLOSURE

04272986

**DUE ON OR BEFORE** 01/18/2013     **FILING FEE** $45.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

F-1733246-8
1. NATIONWIDE MARKETING SERVICES, INC.
   3620 N 3RD AVE 2ND FL
   PHOENIX, AZ 85013

   Business Phone: _____   (Business phone is optional.)
   State of Domicile: FLORIDA        Type of Corporation: BUSINESS

2. Statutory Agent: KARIE HAYWOOD         Statutory Agent's Street or Physical Address:
   Mailing Address: 3620 N 3RD AVE 2ND FL  Physical Address:
   City, State, Zip: PHOENIX, AZ 85013     City, State, Zip: AZ

   **ACC USE ONLY**
   Fee $ 45.00
   Penalty $ 36.00
   Reinstate $ 0.00
   Expedite $ 35.00
   Resubmit $ _____

   *If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in Arizona.*
   I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

   Signature of *new* Statutory Agent

   Printed Name of *new* Statutory Agent

3. Secondary Address:

   (Foreign Corporations are **REQUIRED** to complete this section).

   12092 JEWEL FISH LN
   ORLANDO, FL 32827

4. CHARACTER OF BUSINESS

   LEAD AND LIST SERVICES

   Received: 04/26/2013 10:57

F-1733246-8   NATIONWIDE MARKETING SERVICES, INC.                Page 2

**5. CAPITALIZATION:** (For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

5a. Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

| Number of Shares/Certificates Authorized | Class | Series Within Class (if any) |
|---|---|---|
| 1000 | COMMON | |

5b. Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of **shares issued**.

| Number of Shares/Certificates Issued | Class | Series Within Class (if any) |
|---|---|---|
| 0 | | |

**6. SHAREHOLDERS:** (For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

　　　　NONE

**7. OFFICERS**

```
    Name: LEON SAJA                         Name:
   Title: PRESIDENT                        Title:
 Address: 3620 N 3RD AVE 2ND FL          Address:
          PHOENIX, AZ  85013    Date Taking Office:
Date Taking Office: 01/18/2012


    Name:                                   Name:
   Title:                                  Title:
 Address:                                Address:
Date Taking Office:            Date Taking Office:
```

**8. DIRECTORS**

```
    Name: LEON SAJA                         Name:
 Address: 3620 N 3RD AVE 2ND FL          Address:
          PHOENIX, AZ  85013    Date Taking Office:
Date Taking Office: 01/18/2012


    Name:                                   Name:
 Address:                                Address:
Date Taking Office:            Date Taking Office:
```

F-1733246-8   NATIONWIDE MARKETING SERVICES, INC.                    Page 3

### 9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(5))

**Nonprofits** – If your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). If your nonprofit annual report is due after September 25, 2008, a financial statement is not required. Cooperative marketing associations must in all cases submit a financial statement. All other forms of corporations are exempt from filing a financial statement no matter what date the annual report was due.

**ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:**

**9A. MEMBERS (A.R.S. §10-11622(A)(6))**    This corporation DOES ☐   DOES NOT ☐ have members.

### 10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(6) & 10-11622(A)(7))

A.  Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1. Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2. Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3. Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
    (a) fraud or registration provisions of the securities laws of that jurisdiction, or
    (b) the consumer fraud laws of that jurisdiction, or
    (c) the antitrust or restraint of trade laws of that jurisdiction?

**One box must be marked: YES ☐   NO ☒**

If "YES" to A, the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in items 1 through 3 above.

1. Full birth name.
2. Full present name and prior names used.
3. Present home address.
4. All prior addresses for immediately preceding 7 year period.
5. Date and location of birth.
6. The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

B.  Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

**One box must be marked: YES ☐   NO ☒**

If "YES" to B, the following information **must be submitted** as an attachment to this report for each corporation subject to the statement above.
    (a) Name and address of each corporation and the persons involved.
    (b) State(s) in which it  (i) was incorporated and   (ii) transacted business.
    (c) Dates of corporate operation.

### 11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)

A.  Has the **corporation** filed a petition for bankruptcy or appointed a receiver?   **One box must be marked: YES ☐   NO ☒**

If "Yes" to A, the following information **must be submitted** as an attachment to this report:

1. All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.

2. Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
    (a) Name and address of each corporation;
    (b) States in which it  (i) was incorporated and   (ii) transacted business.
    (c) Dates of operation.

### 12. SIGNATURES:   | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |

I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name  LEON SAJA                         Date  04/26/2013

Signature  LEON SAJA

Title  PRESIDENT