
Nationwide Marketing Services
3620 N. 3rd Avenue 2nd Floor
Phoenix, Az 85013

**Invoice No. EZD2012-002**

# INVOICE

**Customer**

| | | | | | |
|---|---|---|---|---|---|
| Name | 800 Zero Debt | | | | |
| Address | 30600 Telegraph Rd STE 1200 | | | | |
| City | Bingham Farms | State | MI | ZIP | 48025 |
| Phone | 248-247-2404 | | | | |

**Misc**

| | |
|---|---|
| Date | 2/1/2012 |
| Order No. | EZD2012-002 |
| Rep | Steve K Dubina |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 24518 | Appended phone numbers matched 24518 out of 53316 | $ 0.010 | $ 245.18 |
| | VISA BOA 800Z.D. | | |

| | | |
|---|---|---|
| | SubTotal | $ 245.18 |
| | Shipping | |
| Tax Rate(s) | | |
| | | |
| | **TOTAL** | $ 245.18 |

Office Use Only

Signature:

*Thank you for your continued business!*

Invoice No. EZD2012-003

*Nationwide Marketing Services*
*3620 N. 3rd Avenue 2nd Floor*
*Phoenix, Az 85013*

# INVOICE

**Customer**

| | |
|---|---|
| Name | 800 Zero Debt |
| Address | 30600 Telegraph Rd STE 1200 |
| City | Bingham Farms State MI ZIP 48025 |
| Phone | 248-247-2404 |

**Misc**

| | |
|---|---|
| Date | 3/19/2012 |
| Order No. | EZD2012-003 |
| Rep | Steve K Dubina |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 28072 | Appended phone numbers matched 28072 out of 42585 | $ 0.010 | $ 280.72 |

| | |
|---|---|
| SubTotal | $ 280.72 |
| Shipping | |
| Tax Rate(s) | |
| TOTAL | $ 280.72 |

Office Use Only

*Signature:* ____________________

*Thank you for your continued business!*

570 X 517
9817.21/517
-EO ✓ 519

**Invoice No.** EZD2012-004

*Nationwide Marketing Services*
*3620 N. 3rd Avenue 2nd Floor*
*Phoenix, Az 85013*

# INVOICE

0 Zero Debt
0600 Telegraph Rd STE 1200
ngham Farms State MI ZIP 48025
48-247-2404

**Misc**

| | |
|---|---|
| Date | 5/7/2012 |
| Order No. | EZD2012-004 |
| Rep | Steve K Dubina |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Appended phone numbers 50757 out of 101997 records. | $ 400.000 | $ 400.00 |
| | | SubTotal | $ 400.00 |
| | | Shipping | |
| | Tax Rate(s) | | |
| | | TOTAL | $ 400.00 |

Office Use Only